# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-50613
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 22, 2019

Lyle W. Cayce
Clerk

DR. LAKSHMI ARUNACHALAM,

    Plaintiff - Appellant

v.

BEAL BANK, SSB,

    Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CV-350

Before DAVIS, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:*

    We examine our appellate jurisdiction on our own motion if necessary. *Mejia v. Whitaker*, 913 F.3d 482, 487 (5th Cir. 2019). The plaintiff claims patent infringement. 28 U.S.C. § 1295(a)(1) gives the Federal Circuit exclusive jurisdiction over appeals in any action arising under an Act of Congress

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-50613

relating to patents. Accordingly, we DISMISS this appeal for lack of jurisdiction.